IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| BRADLEY E. KULURIS, | ) | |
| | ) | CASE NO. BK |
| Debtor(s). | ) | |
| ADVANCE SERVICES, INC., | ) | A04-8084 |
| | ) | |
| Plaintiff, | ) | 8:03CV108 |
| | ) | |
| vs. | ) | CH. 7 |
| | ) | |
| CANDLEWOOD SHELLS, L.L.C.; | ) | |
| HUNTER WISE FINANCIAL GROUP, | ) | |
| L.L.C.; SKY, L.L.C.;WHITE HAT | ) | |
| FOOD & BEVERAGE GROUP, L.L.C.; | ) | |
| GARY PRYOR; BRADLEY KULURIS; | ) | |
| and FRANK PATTON, | ) | |
| | ) | |
| Defendants. | ) | |

REPORT & RECOMMENDATION

This adversary proceeding is a civil case in the United States District Court, referred to this court because one of the defendants filed bankruptcy during the pendency of the lawsuit. The parties have filed status reports indicating that the matter may proceed in district court without the debtor. Accordingly,

IT IS RESPECTFULLY RECOMMENDED to the United States District Court for District of Nebraska that it withdraw the reference of this adversary proceeding, dismiss the claims against Mr. Kuluris, and proceed with the litigation.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:    October 25, 2005

RESPECTFULLY SUBMITTED,

/s/ Timothy J. Mahoney
Chief Judge

Notice provided by the court to:
  Clayton L. Barker        George E. Martin III
  Michael C. Leitch        Michael F. Saunders
  James M. Humphrey        R. Lawrence Ward
  Michael C. Cox           United States Trustee