IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ADVANCE SERVICES, INC.,** )<br> )<br>**Plaintiff,** )<br> )<br>vs. )<br> )<br>**CANDLEWOOD SHELLS LLC,** )<br>**HUNTER WISE FINANCIAL GROUP,** )<br>**et. al,** )<br> )<br>**Defendants.** ) | 8:03CV108<br><br>ORDER |

This matter is before the court for a scheduling conference. Appearing telephonically were Clayton L. Barker on behalf of the plaintiff, and James M. Humphrey, on behalf of the defendants. Following discussion concerning progression of the case,

**IT IS ORDERED:**

1. The plaintiff shall respond to the Defendant's Motion to Dismiss (#98), on or before **December 14, 2005.**

2. The defendant shall file a reply on or before **January 9, 2006.**

3. After the court's ruling on the Motion to Dismiss (#98), a scheduling conference will be set.

Dated this 12th day of December 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge