# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ADVANCE SERVICES, INC.,** | )<br>) |
| **Plaintiff,** | )<br>)         **8:03CV108**<br>) |
| vs. | )<br>)         **SCHEDULING ORDER** |
| **CANDLEWOOD SHELLS LLC, et al.,** | )<br>) |
| **Defendants.** | ) |

In light of Judge Smith Camp's MEMORANDUM AND ORDER (#111) denying Defendants' Motion to Dismiss Count III,

**IT IS ORDERED:**

1. A conference with the undersigned magistrate judge will be held on Thursday, **March 9, 2006 at 10:00 a.m.** in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.

2. Counsel may contact chambers (at least one day in advance), at 402-661-7340, to arrange to hold the conference by telephone.

**DATED February 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**