# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ADVANCE SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:03CV108 |
| **CANDLEWOOD SHELLS LLC;** | ) | |
| **HUNTER WISE FINANCIAL GROUP** | ) | ORDER |
| **LLC; SKY; WHITE HAT FOOD &** | ) | |
| **BEVERAGE GROUP; GARY F.** | ) | |
| **PRYOR; and FRANK PATTON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion (#124) of R. Lawrence Ward, James M. Humphrey, Michael C. Cox and the law firms of Shughart, Thomson & Kilroy, P.C. and Koley Jessen P.C. for leave to withdraw as counsel for defendant, Frank Patton.

The record shows that Thomas F. Hoarty, Jr., Joseph C. Byam and the firm of Byam & Hoarty have entered their appearance on behalf of Mr. Patton.

**IT IS ORDERED:**

1. The Motion to Withdraw (#124) is granted.

2. The Clerk shall terminate the appearances of R. Lawrence Ward, James M. Humphrey, Michael C. Cox and the law firms of Shughart, Thomson & Kilroy, P.C. and Koley Jessen P.C. as counsel for defendant, Frank Patton.

**DATED March 30, 2006.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**