# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ADVANCE SERVICES, INC.,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)   8:03CV108 |
| **CANDLEWOOD SHELLS LLC; HUNTER WISE FINANCIAL GROUP LLC; SKY; WHITE HAT FOOD & BEVERAGE GROUP; GARY F. PRYOR; and FRANK PATTON,** | )<br>)   ORDER<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the court on the motion (#127) of R. Lawrence Ward, James M. Humphrey, Michael C. Cox and the law firms of Shughart, Thomson & Kilroy, P.C. and Koley Jessen P.C. for leave to withdraw as counsel for defendants Hunter Wise Financial Group LLC and Gary F. Pryor.

The record shows that Michael S. Degan and the firm of Blackwell Sanders Peper Martin LLP have entered an appearance on behalf of Mr. Pryor and Hunter Wise Financial Group.

**IT IS ORDERED:**

1. The Motion to Withdraw (#127) is granted.

2. The Clerk shall terminate the appearances of R. Lawrence Ward, James M. Humphrey, Michael C. Cox and the law firms of Shughart, Thomson & Kilroy, P.C. and Koley Jessen P.C. as counsel for defendants, Frank Patton and Hunter Wise Financial Group LLC.

3. The deadlines set in the Amended Final Progression Order (#118) remain in effect.

**DATED April 4, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**