## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADVANCE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **8:03CV108** |
| CANDLEWOOD SHELLS LLC; HUNTER ) | |
| WISE FINANCIAL GROUP LLC; SKY; ) | **TRIAL ORDER** |
| WHITE HAT FOOD & BEVERAGE ) | |
| GROUP; GARY F. PRYOR; and FRANK ) | |
| PATTON, ) | |
| ) | |
| Defendants. ) | |

On the court's own motion,

**IT IS ORDERED:**

1.   The trial of this matter, previously set for September 12, 2006, is advanced to **August 29, 2006** before Judge Laurie Smith Camp and a jury.

2.  The Final Pretrial Conference with the undersigned magistrate remains set for August 24, 2006 at 10:30 a.m.

**DATED April 4, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge