IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ADVANCE SERVICES, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>vs.<br><br>**CANDLEWOOD SHELLS LLC; HUNTER WISE FINANCIAL GROUP LLC; SKY WHITE HAT FOOD & BEVERAGE GROUP; GARY F. PRYOR; and FRANK PATTON,**<br><br>　　　　　**Defendants.** | **8:03CV108**<br><br>**ORDER** |

　　　This matter is before the court on the motion (#132) of R. Lawrence Ward, James M. Humphrey, Michael C. Cox and the law firms of Shughart, Thomson & Kilroy, P.C. and Koley Jessen P.C. for leave to withdraw as counsel for defendants Candlewood Shells, LLC and White Hat Food & Beverage Group, LLC.

　　　The record shows that Richard J. Gilloon and the law firm of Erickson & Sederstrom, P.C. have entered an appearance on behalf of Candlewood Shells, LLC and White Hat Food & Beverage Group, LLC.

　　　**IT IS ORDERED:**

　　　1.　The Motion to Withdraw (#132) is granted.

　　　2.　The Clerk shall terminate the appearances of R. Lawrence Ward, James M. Humphrey, Michael C. Cox and the law firms of Shughart, Thomson & Kilroy, P.C. and Koley Jessen P.C. as counsel for defendants Candlewood Shells, LLC and White Hat Food & Beverage Group, LLC.

　　　3.　The deadlines set in the Amended Final Progression Order (#118), remain in effect, and the case remains set for trial on August 29, 2006 (see #129).

　　　**DATED April 6, 2006.**

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**