IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ADVANCE SERVICES, INC.,** | ) | CASE NO.   8:03CV108 |
| Plaintiff, | ) | |
| vs. | ) | ORDER DISMISSING |
| | ) | DEFENDANT SKY, L.L.C. |
| **HEARTLAND GOLD FOODS, LLC., et al.,** | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss Defendant Sky, L.L.C., only, without prejudice. (Filing No. 141). Plaintiff represents that there is no objection to the motion. Because I find that the motion complies with the requirements of Fed. R. Civ. P. 41(a)(2),

IT IS ORDERED:

1) The Plaintiff's Motion to Dismiss (Filing No.141) is granted;

2) All claims against Defendant Sky, L.L.C., are dismissed without prejudice; and

3) As between Plaintiff and Defendant Sky, L.L.C., the parties shall pay their own costs and attorney fees.

DATED this 24th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge