# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADVANCE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:03CV108 |
| CANDLEWOOD SHELLS LLC; | ) | |
| HUNTER WISE FINANCIAL GROUP | ) | ORDER |
| LLC; SKY; RIEDEL MARKETING; | ) | |
| WHITE HAT FOOD & BEVERAGE | ) | |
| GROUP; GARY F. PRYOR; and | ) | |
| FRANK PATTON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Joint Motion for an extension of time to June 30, 2006 to file dispositive motions. Upon consultation with Judge Smith Camp's chambers, I find that an extension to June 16, 2006 should be granted.

**IT IS ORDERED** that the Joint Motion [144] is granted, in part. The parties are given until and including June 16, 2006 to file dispositive motions.

**DATED May 30, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**