IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADVANCE SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV108 |
| | ) | |
| v. | ) | |
| | ) | |
| CANDLEWOOD SHELLS, HUNTER WISE FINANCIAL GROUP, WHITE HAT FOOD & BEVERAGE GROUP, GARY F. PRYOR, and FRANK PATTON, | ) ) ) ) ) | SCHEDULING ORDER |
| | ) | |
| Defendants. | ) ) | |

On the court's own motion, the final pretrial conference will be rescheduled. Therefore,

**IT IS ORDERED:**

The 8/24/2006 final pretrial conference before the undersigned magistrate judge is rescheduled to **Tuesday, August 22, 2006 at 1:30 p.m.,** in chambers, Suite 2210, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of July, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge