# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ADVANCE SERVICES, INC.,** | ) | **CASE NO. 8:03CV108** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CANDLEWOOD SHELLS, LLC, HUNTER WISE FINANCIAL GROUP, LLC, WHITE HAT FOOD & BEVERAGE GROUP, LLC, GARY F. PRYOR, and FRANK PATTON,** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice and the Plaintiff's Motion for Consent Order and Judgment. I find that the Stipulation of Dismissal complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and that the Plaintiff's Motion for Consent Order and Judgment, in which Defendant Candlewood Shells, LLC, concurs, should be approved. Accordingly,

IT IS ORDERED:

1) The Stipulation of Dismissal with Prejudice (Filing No. 193) is approved and the relief requested therein is granted;

2) All claims in this matter by and between Advance Services, Inc., Plaintiff, and Hunter Wise Financial Group, LLC; White Hat Food & Beverage Group, LLC; Gary F. Pryor; and Frank Patton; Defendants, are dismissed with prejudice, including but not limited to all claims in the First Amended Complaint (Filing 93);

3) Plaintiff's Motion for Consent Order and Judgment (Filing No. 194) is granted;

4)   All claims by and between Advance Services, Inc., Plaintiff, and Candlewood Shells, LLC, Defendant, expressly excepting the Count I of the First Amended Complaint (Filing No. 93) which is the subject of the Consent Judgment and which states a breach of contract claim against Candlewood Shells, are dismissed with prejudice;

5)   Except as provided in the Consent Judgment, the parties shall pay their own costs and attorney fees; and

6)   A separate Consent Judgment in favor of Advance Services, Inc., Plaintiff, and against Candlewood Shells, LLC, Defendant, shall be entered.

DATED this 24th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge